UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| VICTOR TAGLE, | Case No. 2:18-cv-00780-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Waiver of Summons (ECF No. 3), filed on June 7, 2018. Also before the Court is Plaintiff's Motion for a Complaint's Copy (ECF No. 4), filed on August 27, 2018.

Plaintiff filed an Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) on April 27, 2018. Following such an application, the Court will conduct a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915. To date, the Court has not issued its screening order in this matter and will do so in due course. Therefore, Plaintiff's request to waive service of summons is premature. Plaintiff further appears to request a copy of his complaint because his copy was taken from him. The Court grants such request and instructs the Clerk of the Court to mail a copy of Plaintiff's Complaint (ECF No. 1-1) to Plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Waiver of Summons (ECF No. 3) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Complaint's Copy (ECF No. 4) is **granted**.

Dated this 27th day of February, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1